16246.  MARSHALL *v.* THE STATE.

LUKE, J. There was some evidence to authorize the verdict, which has . the approval of the judge who tried the case, and, there being no error of law committed on the trial, the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 14, 1925. REHEARING DENIED MAY 14, 1925.

Accusation of sale of liquor; from city court of Macon—Judge Jordan. January 9, 1925.

*T. A. Jacobs Jr., W. A. McClellan,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.